AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-52 |
| | ) | |
| Benjamin Sakyi | ) | |
| *Defendant* | ) | |
| Robertson | | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: ZoomGov |
|---|---|
| | Date and Time: 2/23/2021 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/18/2021

/s/ Ivan D. Davis
*Judge's signature*

Ivan D. Davis, United States Magistrate Judge
*Printed name and title*